# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PATRICK GILTON

NO. 2023 KW 0525

**AUGUST 14, 2023**

---

In Re:    Patrick Gilton, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 612067.

---

**BEFORE:    McCLENDON, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE IN PART AND DENIED IN PART.** Relator failed to provide this court with a motion for an appeal filed pursuant to La. Code Crim. P. art. 914, and the district court's ruling on the motion, if seeking an appeal of his conviction, or a copy of the application for postconviction relief filed pursuant to La. Code Crim. P. art. 924, et. seq. and the court's ruling on the application, if seeking postconviction relief.  Relator also failed to provide the district court's rulings on his motion for speedy trial, motion for new trial, and "motion for habeas corpus." Additionally, relator failed to provide all pertinent minute entries, particularly the minute entries for his trial, the commitment order, and other portions of the district court record that might support his claims.  Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.  Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling. In all other respects, the writ application is denied.

PMc
WRC
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT